IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Lauren Burrell Johnson )
_____ )
_____ )
(Enter above the full name of Plaintiff(s)) )

vs. )

Amazon )
Name )

410 Terry Ave N )
Street and number )

Seattle    WA    98108-1226 )
City        State      Zip Code )

FILE
DEC 11 2020
TIMOTHY M. O'BRIEN CL__
By ___JMU___ D___

Case Number: 20-2629
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

    [X]  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    [ ]  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    [ ]  American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
    **NOTE:** *In order to bring suit in federal district court under the American with*

1

JS 44 Reverse (Rev. 08/16)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

_____

_____

_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

   6925 Riverview Ave  Kansas City, Ks  66102
   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

   Feb. 29th 2020 / Starting 10/17/2020

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

   ☐ Yes   Date filed: _____
   ☒ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

   ☒ Yes   Date filed: Sept. 11, 2020
   ☐ No

6. Have you received a Notice of Right-to-Sue Letter?
   ☒ Yes  ☐ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

   ☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   ☐ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

**NATURE OF THE CASE**

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - ☐ failure to hire me
   - ☐ termination of my employment
   - ☐ failure to promote me
   - ☐ failure to accommodate my disability
   - ☐ terms and conditions of my employment differ from those of similar employees
   - ☐ retaliation
   - ☐ harassment
   - ☐ reduction in wages
   - ☒ other conduct (specify): _Amazon Delivery Service Partner Program_

Did you complain about this same conduct in your charge of discrimination?

☒ Yes  ☐ No

9. I believe that I was discriminated against because of (check all that apply):
   - ☒ my race or color, which is _____
   - ☐ my religion, which is _____
   - ☐ my national origin, which is _____
   - ☐ my gender, which is ☐ male; ☐ female
   - ☐ my disability or perceived disability, which is _____
   - ☐ my age (my birth year is: _____)
   - ☐ other: _____

Did you state the same reason(s) in your charge of discrimination?
☒ Yes  ☐ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

_I had taken steps to buy into_

3

the Amazon Prime delivery program The cost was $30,000. At time I only had $28,500. Yet I learned I could go to work at Amazon and earn a $10,000 dollars savings I started and began immediately letting H.R. the plant Mgr and My manager of My Goals. They knew nothing of the program I was fined for Ask a coworker to pay me Back 100 dollars I lent him.

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ☐ are still being committed by Defendant.
    ☐ are no longer being committed by Defendant.
    ☒ may still be being committed by Defendant.

12.                              Plaintiff:
    ☒ still works for Defendant
    ☐ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ☐ Yes    ☐ No

Explain: _____

_____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
☐ Defendant be directed to employ Plaintiff
☐ Defendant be directed to re-employ Plaintiff
☐ Defendant be directed to promote Plaintiff
☒ Defendant be directed to  Compensate the Plaintiff.

4

☐ Injunctive relief (please explain): _____
☒ Monetary damages (please explain): Value of years of Belong c
☒ Costs and fees involved in litigating this case                    Ownership
☒ As additional relief to make Plaintiff whole, Plaintiff

seeks: $ 9,000,000

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 11 day of December, 2020

_Lauren D. Johnson_
Signature of Plaintiff

Lauren D. Johnson
Name (Print or Type)

631 N. 24th St
Address

Kansas City, KS 66102
City State Zip Code

913-271-8121
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☒ Kansas City, ☐ Topeka}, Kansas as the location for the trial in
(Select One Location)
this matter.

_Lauren D. Johnson_
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.  ☐ Yes  ☒ No
                                  (Select One)

_Lauren D. Johnson_
Signature of Plaintiff

Dated: 12/11/2020
(Rev. 10/15)