IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LAUREN D. JOHNSON,

    Plaintiff,

    v.

AMAZON,

    Defendant.

Case No. 2:20-cv-02629-HLT

## ORDER

    Plaintiff moves the Court for leave to proceed without prepayment of fees. Doc. 3. On December 14, 2020, Chief Magistrate Judge James P. O'Hara issued a Report and Recommendation ("R&R") thoroughly analyzing the motion and determining that Plaintiff does not satisfies the requirements to proceed in forma pauperis. Doc. 6. Chief Magistrate Judge O'Hara's R&R recommends that this Court deny Plaintiff's motion but permit Plaintiff to pay the requisite filing fee in three equal monthly instalments. Doc. 6 at 3. Plaintiff did not timely object to the R&R. After a de novo review, the Court agrees with Chief Magistrate Judge O'Hara's analysis and conclusions and, therefore, adopts the R&R in its entirety.

    THE COURT THEREFORE ORDERS that the Chief Magistrate Judge O'Hara's Report and Recommendation (Doc. 6) is ADOPTED.

    THE COURT FURTHER ORDERS that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 3) is DENIED.

    THE COURT FURTHER ORDERS that Plaintiff pay the full filing fee of $402.00 in three equal monthly installments. The first installment of $134.00 is due on or before February 1, 2021. The second installment of $134.00 is due on or before March 1, 2021. And the third and final installment of $134.00 is due on April 1, 2021. Plaintiff is cautioned that failure to pay any

installment of the filing fee by the due date will result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated: January 7, 2021                         /s/ *Holly L. Teeter*
                                                             HOLLY L. TEETER
                                                             UNITED STATES DISTRICT JUDGE