# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**LAUREN D. JOHNSON,**

      **Plaintiff**,

      v.

**AMAZON,**

      **Defendant.**

Case No. 2:20-CV-02629-HLT-JPO

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 19), the Court dismisses Plaintiff Lauren D. Johnson's claims without prejudice. This case is closed.

IT IS SO ORDERED.

Dated: June 16, 2021                        TIMOTHY M. O'BRIEN
                                                 CLERK OF THE DISTRICT COURT

                                                 by: */s/ M. Deaton*
                                                           Deputy Clerk